IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00255-FDW

| | |
|---|---|
| MARY WILSON HEACOX, | ) |
| Plaintiffs, | ) |
| v. | ) ORDER |
| NANCY A. BERRYHILL, *Acting Commissioner of Social Security*, | ) |
| Defendants. | ) |

THIS MATTER is before the Court on Plaintiff's Motion for Award of Attorney Fees and Costs under the Equal Access to Justice Act 28 U.S.C. § 2412(d)(1)(A). (Doc. No. 19). Having reviewed the motion, supporting materials, and the case file, the Court hereby GRANTS the motion and determines that Plaintiff should be awarded an attorney's fee under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $5,250.

IT IS ORDERED that the Plaintiff's Consent Motion for Attorney Fees (Doc. No. 18) is GRANTED, to the extent that the Court will award attorney's fees in the amount of $5,250, and that pursuant to that to Comm'r of Soc. Sec. v. Ratliff, 560 U.S. 586 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the United States Department of the Treasury reports to the Commissioner that the Plaintiff does not owe a federal debt, the government will exercise its discretion and honor an

assignment of EAJA fees, and pay the awarded fees directly to Plaintiff's counsel. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

    IT IS FURTHER ORDERED that, additionally, Plaintiff shall be paid $400 in costs from the Judgment Fund by the U.S. Department of the Treasury pursuant to 28 U.S.C. § 2412(a)(1).

    IT IS SO ORDERED.

Signed: May 23, 2019

Frank D. Whitney
Chief United States District Judge